**Jason R. STANFORD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63226.**

Missouri Court of Appeals,
Western District.

Feb. 8, 2005.

Rehearing Denied March 29, 2005.

Patrick J. Berrigan, Kansas City, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOWARD, P.J.,
BRECKENRIDGE and ULRICH, JJ.

*ORDER*

PER CURIAM.

Jason R. Stanford appeals the denial, without an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The motion court's judgment is affirmed. Rule 84.16(b).